UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN, NEW JERSEY

DAN McCALLUM

        Plaintiff(s)    :    **JUDGMENT**

(vs)

BAYSIDE STATE PRISON, ET AL.    :    Civil #09-3340 (RBK)

        Defendant(s)

---

The Hon. John W. Bissell, Special Master, appointed by this Court having found on April 21, 2010 and no timely objection having been filed,

IT IS, on this 2nd day of August, 2010

ORDERED that the report of Hon. John W. Bissell dated April 21, 2010 is hereby affirmed and Judgment of No Cause For Action be entered in favor of **defendants Bayside State Prison, et al.** and against **plaintiff Dan McCallum**.

*[signature]*

HON. ROBERT B. KUGLER, U.S.D.J.